IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-CV-00748

**TAMMY M. ALCOCK**
Plaintiff

v.

**CONOCOPHILLIPS COMPANY, fka CONOCO INC.,**
**Colorado Authority Terminated December 27, 2002**
**dba PHILLIPS 66 COMPANY CORP.;**
**APRO LLC dba MY GOODS MARKET**

Defendants.
_____

### STIPULATION TO DISMISS WITH PREJUDICE
_____

The parties, appearing through their respective counsel, file this Stipulation for Dismissal

with Prejudice, stating that all claims between Plaintiff and Defendants have been resolved, and

that the parties wish to have the Court dismiss with prejudice all claims Plaintiff asserted against

all Defendants, with each party to pay his or its own costs and attorney fees.

Respectfully submitted on this 11th day of May, 2017.

*/s/ Tammy Alcock*
Tammy M. Alcock
Alcock Law Group PC
19751 E Mainstreet, Suite 210
Parker, CO 80138
303-993-5400
*Attorney for Plaintiff*

*/s/ Paul T. Yarbrough*
Paul T. Yarbrough
Katherine L. Vaughn
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
303-628-3300
*Attorneys for Defendants ARPO, LLC d/b/a My Goods*
*Market and ConocoPhillips Company, fka Conoco Inc.,*
*Colorado Authority Terminated December 27, 2002 dba Phillips*
*66 Company Corp.;*